UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD CURTIS, Individually And On Behalf Of All Others Similarly Situated,<br>　　　　　　　　Plaintiffs,<br>vs.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED and STEPHEN J. NILL,<br>　　　　　　　　Defendants. | ) CASE NO. 04-10314 MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
CORRECTED CLASS ACTION COMPLAINT**

Plaintiffs hereby move this Court for leave to file the attached Corrected Class Action Complaint, on the grounds that there were typographical errors requiring correction in the original complaint filed with this Court. Defendants do not oppose this motion.

February 20, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 2/20/04
　　　　　[signature]

SCANNED
DATE 2-24-04
BY: ___ pm

Respectfully submitted,

MOULTON & GANS, P.C.

By: [signature]
　Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, MA 02109
Telephone: (617) 369-7979

**MILBERG WEISS BERSHAD HYNES & LERACH LLP**
Steven G. Schulman
Richard H. Weiss
Peter E. Seidman
Douglas J. Hoffman
Andrei V. Rado
One Pennsylvania Plaza - 49th Floor
New York, NY 10119
(212) 594-5300
Fax: (212) 868-1229
**Attorneys for Plaintiff**