A-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD CURTIS, Individually And On Behalf Of All Others Similarly Situated,<br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED and STEPHEN J. NILL,<br>　　　　　　　　　　Defendants. | ) CASE NO. 04-10314 MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, counsel for plaintiffs, hereby certify that I spoke with Daniel Halston, Esquire, of Hale & Dorr, LLP, counsel for defendants, on February 19, 2004, concerning Plaintiffs' Motion For Leave To File Corrected Class Action Complaint. Defendants do not oppose this Motion.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MOULTON & GANS, P.C.

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Nancy Freeman Gans, BBO #184540
　　　　　　　　　　　　　　　　　　　33 Broad Street, Suite 1100
　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　Telephone: (617) 369-7979

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on _____

SCANNED
DATE 2-24-04
BY: _____