AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

RICHARD CURTIS, Individually and on Behalf of All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

SONUS NETWORKS, INC., HASSAN M. AHMED and STEPHEN J. NILL

**04-10314MLW**

TO: (Name and address of defendant)

Stephen J. Nill
SONUS NETWORKS, INC.
5 Carlisle Road
Westford, MA 01886

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad St., Suite 1100
Boston, MA 02109-4216
617-369-7979

Steven G. Schulman
Richard H. Weiss
Douglas J. Hoffman
Andrei V. Rado
MILBERG WEISS BERSHAD HYNES & LERACH LL
One Pennsylvania Plaza
New York, NY 10119-0165
212-594-5300

an answer to the complaint which is herewith served upon you, within twenty (20) days after service c this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you fc the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period c time after service.

CLERK

DATE February 13, 2004

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE  March 19, 2004 |
| NAME OF SERVER (PRINT)  Nancy Freeman Gans | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By Stipulation of the parties in the Stipulation As To Acceptance of Service and Scheduling dated March 18, 2004, wherein defendants agreed to accept service as of the date thereof or the date of personal service upon the defendant, whichever was earlier.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __March 23, 2004__
Date

Signature of Server
Nancy Freeman Gans
MOULTON & GANS, P.C.

Address of Server
33 Broad Street, Suite 1100
Boston, MA  02109-4216
(617) 369-7979

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.