# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

RICHARD CURTIS, Individually and On Behalf of )
All Others Similarly Situated, )
)
         Plaintiffs, )
)
vs. ) Case No. 04-10314-MLW
)
SONUS NETWORKS, INC., HASSAN M. AHMED )
and STEPHEN J. NILL, )
)
         Defendants. )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale and Dorr LLP, on behalf of Defendant Sonus Networks, Inc.

Respectfully Submitted,

SONUS NETWORKS, INC.

By its attorneys,

/s/ Gregory F. Noonan_____
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Gregory F. Noonan (BBO #651035)
Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: April 15, 2004

- 2 -

## CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Nancy Freeman Gans<br>Moulton & Gans, P.C.<br>33 Broad Street, Suite 1100<br>Boston, MA 02109 | Steven G. Schulman<br>Richard H. Weiss<br>Peter E. Seidman<br>Douglas J. Hoffman<br>Andrei V. Rado<br>Milberg Weiss Bershad Hynes & Lerach LLP<br>One Pennsylvania Plaza- 49th Floor<br>New York, NY 10119 |

/s/ Gregory F. Noonan_____
Gregory F. Noonan

Dated: April 15, 2004

BOSTON 1892911v1