UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SONUS NETWORK, INC. LITIGATION | ) | CIVIL ACTION NO. |
| _____ | ) | 04-10294-DPW |
| | ) | 04-10307-DPW |
| THIS DOCUMENT RELATES TO ALL CASES | ) | 04-10308-DPW |
| (not consolidated at this time) | ) | 04-10309-DPW |
| | | 04-10310-DPW |
| | | 04-10314-DPW |
| | | 04-10329-DPW |
| | | 04-10333-DPW |
| | | 04-10345-DPW |
| | | 04-10346-DPW |
| | | 04-10359-DPW |
| | | 04-10362-DPW |
| | | 04-10363-DPW |
| | | 04-10364-DPW |
| | | 04-10382-DPW |
| | | 04-10383-DPW |
| | | 04-10384-DPW |
| | | 04-10454-DPW |
| | | 04-10576-DPW |
| | | 04-10597-DPW |
| | | 04-10612-DPW |
| | | 04-10623-DPW |
| | | 04-10714-DPW |

## ORDER AND NOTICE OF SCHEDULING/STATUS CONFERENCE

WOODLOCK, D.J.

It is hereby ORDERED that:

1. **MEETING OF COUNSEL/PROPOSED SCHEDULE**: Counsel in the above listed cases shall meet and confer among themselves by no later than **JUNE 7, 2004** for the purpose of submitting a JOINT STATUS REPORT and proposed schedule, with respect to the various Motions to Consolidate, to Dismiss, for Appointment of Lead Counsel and Lead Plaintiffs, and for discovery and filing of amended pleadings, etc. The parties shall also advise in the Status Report whether they are aware of any other actions not listed above, which may be subject to consolidation. The STATUS REPORT shall be electronically filed by no later than **JUNE 21, 2004**.

2. **HEARING**: A STATUS/SCHEDULING CONFERENCE is set for **MONDAY, JUNE 28, 2004 AT 2:30 P.M.** in Courtroom 1, 3rd Floor.

3. **ELECTRONIC FILING/DOCKETING AND SERVICE**: It is FURTHER ORDERED THAT:

    A. <u>All submissions in this cases are subject to electronic filing</u> and all counsel who choose to appear must make arrangements to register for participation in electronic case filing.

    B. Counsel shall also file all submissions with the Court in hard copy clearly marked **"Courtesy Copy** - Do Not Scan" on the cover page of each submission.

    C. Notices, orders and memoranda of the Court will only be filed and served electronically.

By the Court,

/s/ Rebecca Greenberg
Deputy Clerk

Dated: April 30, 2004