UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD CURTIS, Individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED and STEPHEN J. NILL, )<br><br>Defendants. ) | Case No. 04-10314-MLW |

## NOTICE OF CHANGE OF FIRM NAME

Effective May 31, 2004, Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP. The new firm's name is Wilmer Cutler Pickering Hale and Dorr LLP. All future reference to Hale and Dorr LLP in this matter should be to Wilmer Cutler Pickering Hale and Dorr LLP. The firm and its lawyers' address, telephone numbers and fax numbers remain the same. The format of our lawyers' email addresses has changed to firstname.lastname@wilmerhale.com.

- 2 -

        Respectfully Submitted,

        WILMER CUTLER PICKERING HALE and DORR LLP

        /s/_Gregory F. Noonan_____
        Jeffrey B. Rudman (BBO #433380)
        James W. Prendergast (BBO #553073)
        Daniel W. Halston (BBO #548692)
        Gregory F. Noonan (BBO #651035)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000

        *Attorneys for Defendant Sonus Networks, Inc.*

Dated: June 1, 2004

CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Nancy Freeman Gans<br>Moulton & Gans, P.C.<br>33 Broad Street, Suite 1100<br>Boston, MA 02109 | Steven G. Schulman<br>Richard H. Weiss<br>Peter E. Seidman<br>Douglas J. Hoffman<br>Andrei V. Rado<br>Milberg Weiss Bershad Hynes & Lerach LLP<br>One Pennsylvania Plaza- 49th Floor<br>New York, NY 10119 |
| Thomas J. Dougherty (BBO #132300)<br>Matthew J. Matule (BBO #632075)<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>Tel: (617) 573-4800<br>Fax: (617) 573-4822 | Robert S. Frank, Jr. (BBO #177240)<br>John R. Baraniak, Jr. (BBO #552259)<br>Choate Hall & Stewart<br>Exchange Place Building<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 248-5000<br>Fax: (617) 248-4000 |

/s/ Gregory F. Noonan_____
Gregory F. Noonan

Dated: June 1, 2004